COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Bobby D. Hall-Bey v. Heather R. Thomas

Appellate case number:  01-18-00112-CV

Trial court case number:  89389-I

Trial court:  412th District Court of Brazoria County

Appellant, Bobby D. Hall-Bey, has filed a notice of appeal of the trial court's judgment signed on January 3, 2018.  On June 7, 2018, the Clerk of this Court notified appellant that the appeal was subject to dismissal for want of jurisdiction because the notice of appeal, filed on February 13, 2018, did not appear to be timely filed. Appellant responded with a "Motion of Timely Notice to Appeal," in which he provides a reasonable explanation for the failure to file the notice of appeal timely.[1] *See Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1996) (explaining, although motion for extension is implied, appellant must provide reasonable explanation for failing to file notice of appeal timely). Accordingly, we **grant** the motion.

Appellant also has filed a "Motion to Extend Time w/ Supported Truth Affidavit," requesting additional time to respond to the June 7, 2018 notice. The motion is **dismissed as moot**.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                              ☑ Acting individually    ☐ Acting for the Court

Date: July 3, 2018

---

[1]  A motion for extension of time to file a notice of appeal is implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the fifteen-day extension period provided by rule 26.3. *See* TEX. R. APP. P. 26.1, 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (Tex. 1997).